**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHAEL PAPPAS,

       Plaintiff,                            CASE NO. 08-11490
                                                 HON. LAWRENCE P. ZATKOFF
v.

FORD MOTOR COMPANY,

       Defendant.
_____/

## ORDER DISMISSING PLAINTIFF'S STATE-LAW CLAIM

Plaintiff filed his Complaint on April 8, 2008. Plaintiff's Complaint contains the following three counts:

| | |
|---|---|
| Count I | Violations of Title VII of Civil Rights Act of 1964; |
| Count II | Violations of Michigan State Law; and |
| Count III | Violations of the Family and Medical Leave Act. |

The Court has subject-matter jurisdiction over Counts I and III because they arise under federal law. 28 U.S.C. § 1331. Count II, however, is based on state law. Although the Court has supplemental jurisdiction over state-law claims pursuant to 28 U.S.C. § 1367(a), the Court may decline to exercise supplemental jurisdiction if there are "compelling reasons for declining jurisdiction." *Id.* § 1367(c)(4). The Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claim in this matter. The Court finds that the contemporaneous presentation of Plaintiff's parallel state claim for relief will result in the undue confusion of the jury. *See id.*; *see also Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994).

Accordingly, IT IS ORDERED that Plaintiff's state-law claim (Count II) is hereby DISMISSED without prejudice. The Court retains jurisdiction over Plaintiff's federal claims

(Counts I and III).

       IT IS SO ORDERED.


                                          s/Lawrence P. Zatkoff
                                          LAWRENCE P. ZATKOFF
                                          UNITED STATES DISTRICT JUDGE

Dated: April 23, 2008

## CERTIFICATE OF SERVICE

       The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on April 23, 2008.


                                            s/Marie E. Verlinde
                                            Case Manager
                                            (810) 984-3290